LILLIAN PERELMAN, Respondent, v. SAMUEL SPITZER, Appellant.— Appeal from a judgment, entered upon a decision of an Official Referee, which reformed and corrected an agreement of partnership dissolution and a release. Judgment unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *post,* p. 973.]

∎

JOHN RAPISARDI, Appellant, v. MARY RAPISARDI, Respondent.—Action by a husband to recover one half the proceeds of a joint bank account, entirely withdrawn by defendant wife after the parties had separated, and for one half a sum of money alleged to have been jointly owned by them and kept in their apartment. Judgment dismissing the complaint on the merits after trial by the court without a jury, unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *post,* p. 973.]